GERALD M. WELT, SBN 1575
Attorney at Law
CYRUS SAFA
Attorney at Law, SBN 13241
    12631 East Imperial Highway, Suite C-115
    Santa Fe Springs, California 90670
    Phone:  562-868-5886
    Fax:  562-868-5491
    rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff

DANIEL G. BOGDEN, NSBN 2137
United States Attorney
BLAINE T. WELSH
Chief, Civil Division
APRIL A. ALONGI, VSBN 76459
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Phone:  415-977-8954
    Fax:  415-744-0134
    april.alongi@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ROBYN J. WILLIAMS, ) | Case No:  2:16-cv-00701-GMN-GWF |
| Plaintiff ) | |
| v. ) | **JOINT STIPULATION FOR EXTENSION OF TIME TO FILE DEFENDANT'S CROSS-MOTION TO AFFIRM** |
| CAROLYN W. COLVIN, Acting ) Commissioner of Social Security, ) | **(First Request)** |
| Defendant. ) | |

1  Plaintiff Robyn J. Williams (Plaintiff) and Defendant Carolyn W. Colvin, Acting
2  Commissioner of Social Security (the Commissioner), stipulate, with the approval of this Court,
3  to an extension of time for the Commissioner to file her Cross-Motion To Affirm by thirty days
4  from October 3, 2016 to November 2, 2016.  This is the Commissioner's first request for an
5  extension.
6  ///
7  ///
8  ///
9  ///
10 ///
11 ///
12 ///
13 ///
14 ///
15 ///
16 ///
17 ///
18 There is good cause because, since Plaintiff filed her Motion For Reversal And/Or Remand
19 (Plaintiff's Motion), counsel has been handling a large number of District Court and Ninth Circuit
20 cases in addition to this one, with seven briefs due within the next twenty-four days.  Additionally,
21 the Commissioner's counsel has had numerous other deadlines, including a District Court brief
22 filed September 30, 2016, five other District Court briefs filed, as well as several end-of-fiscal year
23 training courses, a number of conferences in an employment case, a settlement agreement, and
24 multiple mentoring and reviewing duties in the Office of the General Counsel.  Counsel was also
25 out of the office for approximately two days.  As result, the Commissioner needs additional time
26

to respond properly to the issues Plaintiff raised in her Motion.  Plaintiff has no objection.

                                                 Respectfully submitted,

Date:   September 30, 2016        GERALD M. WELT
                                                  Attorney at Law

                                 By:    */s/\* Cyrus Safa*
                                                  CYRUS SAFA
                                                  *by email authorization on 9/30/16

                                                  Attorneys for Plaintiff


Date:   September 30, 2016        DANIEL G. BOGDEN
                                                  United States Attorney
                                                  BLAINE T. WELSH
                                                  Chief, Civil Division

                                 By:    */s/ April A. Alongi*
                                                  APRIL A. ALONGI
                                                  Special Assistant United States Attorney

                                                  Attorneys for Defendant




                                                 IT IS SO ORDERED.



DATE:   October 3. 2016          /s/ George Foley Jr.
                                            THE HONORABLE GEORGE FOLEY, JR.
                                            United States Magistrate Judge

**DEFENDANT'S CERTIFICATE OF SERVICE**

I certify that I caused the Joint Stipulation For Extension Of Time To File Defendant's Cross-Motion To Affirm (First Request) to be served, via CM/ECF notice, on:

    CYRUS SAFA
    Attorney at Law
        rohlfing.office@rohlfinglaw.com

                            Respectfully submitted,

Date:   September 30, 2016        DANIEL G. BOGDEN
                                  United States Attorney
                                  DANIEL G. BOGDEN
                                  Chief, Civil Division

                        By:    */s/ April A. Alongi*
                                APRIL A. ALONGI
                                Special Assistant United States Attorney

                                Attorneys for Defendant